RECEIVED
IN ALEXANDRIA, LA.

OCT 29 2013

TONY R. MOORE, CLERK
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NASSAR ISSA NASSAR,<br>  Petitioner | CIVIL ACTION NO. 13-CV-0442 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE, JR. |
| JANET NAPOLITANO, et al.,<br>  Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Respondents' motion to dismiss (Doc. 9) is GRANTED and Nassar's habeas petition is DISMISSED AS MOOT.

Additionally, the Court notes the copy of the report and recommendation mailed August 14, 2013 to Mr. Nassar's last known address was returned to the Clerk of Court on August 27, 2013, marked "return to sender." Thirty days have passed since August 27, 2011, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of October ,2013.

_____
JAMES T. TRIMBLE, JR.
United States District Court